UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amadou C. Diabate,                                                      Civil 14-3431 ADM/FLN
      Plaintiff,

v.                                                                                    O R D E R

Minneapolis Public Housing Authority,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 15, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1) Plaintiff's Application to Proceed In District Court Without Prepaying Fees or Costs (Docket No. 2) is **DENIED**; and

2) This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGINGLY.

DATED: October 6, 2014                     s/Ann D. Montgomery
                                                  ANN D. MONTGOMERY
                                                  United States District Court Judge